DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNE PERSICO,**
Appellant,

v.

**MARGARET M. EGAN,** individually, and as Trustee of the Jane Egan
Trust u/a/d August 4, 2004,
Appellee.

No. 4D17-1185

[February 22, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2015-CA-000201-XXXX-MB.

Steven M. Liberty and Eric A. Jacobs of Nexterra Law, Miami Beach, for appellant.

Donald S. Fradley of Fradley Law Firm, P.A., Jupiter, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***